**Petition for Writ of Habeas Corpus Denied, Motion for Emergency Relief Denied as Moot, and Memorandum Opinion filed July 3, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00524-CV

---

## IN RE CHRISTOPHER SPATES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-61475**

---

## MEMORANDUM OPINION

On July 2, 2014, relator Christopher Spates filed a petition for writ of habeas corpus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to vacate an order issued on or about June 2, 2014 by the Honorable Bonnie Crane Hellums, presiding judge of the 247th District Court of Harris County, finding relator in contempt and confining him to the Harris County Jail for 180 days. Also on July 2, 2014, relator filed a motion for

emergency relief, asking this Court to temporarily release relator from confinement pending this Court's disposition of his petition for writ of habeas corpus. *See* Tex. R. App. P. 52.8(b)(3), 52.10.

Texas Rule of Appellate Procedure 52.3(k)(1)(A) provides that a relator must include in the appendix "a certified or sworn copy of any order complained of, or any other document showing the matter complained of." The combined judgment of contempt and order of commitment relator includes in his appendix is not a certified or sworn copy. Without a sufficient record, relator cannot satisfy his burden to demonstrate entitlement to habeas relief.

Accordingly, we deny relator's petition for writ of habeas corpus. We also deny as moot relator's motion for emergency relief.


PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.